# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1603

_____

United States of America

*Plaintiff - Appellee*

v.

Eric Perez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 15, 2019
Filed: October 16, 2019
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Eric Perez appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved to withdraw and has filed a brief

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude that the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court considered an improper or irrelevant factor or committed a clear error in weighing relevant factors. *See United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013) (discussing appellate review of sentencing decisions). Further, the court imposed a sentence within the calculated guidelines imprisonment range. *See United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (stating that a within-guidelines-range sentence is presumed reasonable).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____